**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JOHNNIE STEPHENS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:13-cv-669 |
| § | |
| **BUREAU OF COLLECTION** § | |
| **RECOVERY, INC.,** § | |
| § | |
| Defendant. § | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Bureau of Collection Recovery, Inc., Defendant herein, by and through its undersigned counsel, to file this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and would respectfully show the Court as follows:

**I.   IS THERE A PARENT CORPORATION:**

Bureau of Collection Recovery, Inc. is a wholly owned subsidiary of Aditya Birla Minacs.

**II.   IS THERE ANY PUBLICLY HELD CORPORATION OWNING 10% OR MORE OF STOCK:**

No.

Respectfully submitted,

BUSH & RAMIREZ, P.L.L.C.

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
5615 Kirby Dr., Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
**ATTORNEY FOR DEFENDANT,
BUREAU OF COLLECTION RECOVERY, INC.**

G:\06130\10875\Stephens\Pleadings\Corporate Disclosure Statement.doc

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and provided a copy to Plaintiff by first class mail as follows:

Gabriel Meyrat
P.O. Box 570396
Dallas, TX 75357

                                        *//s// Keith Wier*
                                        Keith Wier