# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOHNNIE STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  2:13-cv-669 |
| ) | |
| BUREAU OF COLLECTION RECOVERY, ) | |
| LLC, ) | ORDER OF DISMISSAL |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the Joint Stipulation of the Parties (Dkt. No. 7), and for good cause shown, this matter is hereby dismissed with prejudice.

**So ORDERED and SIGNED this 7th day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE